**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**Civil Action Number: 4:07−cv−04395**

# ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

**Judge Gray H. Miller**
**515 Rusk Avenue, Courtroom 9D**
**Houston, TX 77002**
**Date: April 23, 2008 Time:10:00 AM**

COURT PROCEDURES AND ATTACHMENTS, WHICH ARE APPLICABLE TO CASE ASSIGNED TO JUDGE GRAY H. MILLER CAN BE OBTAINED ON THE DISTRICT WEBSITE AT www.txs.uscourts.gov

1. If Plaintiff would like a scheduling conference earlier than the date and time noted above, once the Answer has been filed by Defendant(s), please contact Rhonda Moore−Konieczny, Case Manager to Judge Miller at (713)250−5129 or email to cm4141@txs.uscourts.gov to schedule an earlier initial pretrial and scheduling conference.

2. Counsel shall file with the clerk within fifteen days from receipt of this order, a certificate listing all person, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by court on its own initiative.

4. After the parties confer as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 3 days before the conference a joint discovery/case management plan. **Counsel may obtain this Court's form of joint discovery/case management plan from the district website**.

5. All counsel shall prepare, fill in dates and bring the Scheduling/Docket Control Order to the initial pretrial and scheduling conference. The Court will enter the *pretrial order due date and trial date* on the scheduling order and may rule on any pending motions at the conference. **Counsel may obtain this Court's form of Scheduling/Docket Control Order from the district website**.

6. Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

7. Attendance by an attorney who has authority to bind the party is required at the conference either in person or by telephone. Please inform the Court if you wish to participate by telephone.

8. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the court of the results of their discussions.

9. A person litigating pro se is bound by the requirements imposed upon counsel in this Order.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**By Order of the Court**